UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD DUGAS (#314846)

CIVIL ACTION

VERSUS

NO. 11-457-BAJ-DLD

JAMES M. LEBLANC, ET AL.

**RULING AND
ORDER OF DISMISSAL**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 26, 2012 (doc. no. 34). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the Court.

The Court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly, the defendants' motion for summary judgment is GRANTED and this action is DISMISSED without prejudice to any state law claim. Further, the dismissal is WITH PREJUDICE to the plaintiff filing a new civil action in forma pauperis based on any claim raised in the complaint. Further, the plaintiff's claims against Samuel Johnson, Larry Lowery, Jason Simmons, Sgt. Landrum, Lt. Boeker and the John and Jane Doe defendants are DISMISSED pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this 18th day of June, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA